UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, | No. C 11-6363 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| D. CONOVER; et al., | |
| Defendants. | |

This action is dismissed because Hicks did not pay the filing fee after his *in forma pauperis* application was denied.

IT IS SO ORDERED AND ADJUDGED.

Dated: November 26, 2012

_____
SUSAN ILLSTON
United States District Judge